1
2
3
4

DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
GLEN A. WILLIAMS, State Bar No. 257665
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

5
6

Attorneys for Defendants
HARVINDER SIDHU and
J S CARRIER EXPRESS INC.

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11
12
13

EKATERINA BOZHADZE and TINATIN
DUDA as guardian ad litem of N.M. and
S.M.,

                    Plaintiffs,

Case No.: 2:14-cv-02758-MCE-KJN

STIPULATION TO REMAND CASE TO
SAN JOAQUIN COUNTY SUPERIOR
COURT; ORDER

14   vs.

15
16

HARVINDER SIDHU, J S CARRIER
EXPRESS INC. and DOES 1 through 10,
inclusive,

17                  Defendants.

18

19       Defendants HARVINDER SIDHU and J S CARRIER EXPRESS INC. (collectively

20   hereinafter "Defendants") and Plaintiffs EKATERINA BOZHADZE and TINATIN DUDA as

21   guardian ad litem of N.M. and S.M. (collectively "Plaintiffs"), by and through their respective

22   counsel of record, hereby agree and stipulate as follows:

23                            **STIPULATION**

24       1.      WHEREAS, on October 3, 2014, Plaintiffs commenced an action in the Superior

25   Court of California in and for the County of San Joaquin titled *Ekaterina Bozhadze, et al., v.*

26   *Harvinder Sidhu, et al.*, as Case No. 39-2014-00316886-CU-PA-STK ("the Action").

27       2.      WHEREAS, on November 24, 2014, Defendants filed a Notice of Removal of

28   Action Under 27 U.S.C. 1441(b) with the United States District Court for the Eastern District of

                                  **1**
                    STIPULATION TO REMAND; ORDER

California.

3.     WHEREAS, Plaintiffs agree not to move this Court to remand the case to San Joaquin County Superior Court or for recovery of Plaintiffs' attorney fees and costs to bring such a motion.

4.     NOW THEREFORE, Plaintiffs and Defendants stipulate that the Action should immediately be remanded to the San Joaquin County Superior Court, with each party bearing his/her/its own respective attorney fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

5.     The Stipulation moots any/all pending motions before this Court and any/all pleadings filed in this Court, and any/all pending deadlines or hearings should be taken off this Court's calendar.

6.     For convenience, upon remand, the time for Defendants to file a responsive pleading to Plaintiffs' complaint in the Superior Court will be 30 days from the date of this Court's execution of the order remanding the Action.

DATED:  December 19, 2014          DIEPENBROCK & COTTER, LLP

                                                     */s/ John P. Cotter*
                                           By: _____
                                                JOHN P. COTTER
                                                GLEN A. WILLIAMS
                                                Attorneys for Defendants
                                                HARVINDER SIDHU and
                                                J S CARRIER EXPRESS INC.


DATED:  December 19, 2014          THE BRANDI LAW FIRM

                                                     */s/ Daniel Dell'Osso* (authorized via email 12/19/14)
                                           By: _____
                                                DANIEL DELL'OSSO
                                                Attorneys for Plaintiffs
                                                EKATERINA BOZHADZE and TINATIN DUDA as
                                                guardian ad litem of N.M. and S.M.

ORDER

On December 22, 2014, the Parties to the above-referenced action filed a Stipulation to Remand Case to San Joaquin County Superior Court.  The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1.      This action, Eastern District of California Case No. 2:14-cv-02758-MCE-KJN, is hereby immediately remanded to the San Joaquin County Superior Court;

2.      Each party shall bear his/her/its own attorney fees and costs with respect to the removal and subsequent remand of the Action;

3.      This Stipulation moots any/all pending motions before this Court and any/all pleadings filed in this Court, and any/all pending deadlines and hearings in this case shall be taken off the Court's calendar;

4.      Upon remand, the time for Defendants to file a responsive pleading to Plaintiffs' complaint in the Superior Court will be 30 days from the date of execution of this Order;

5.      The Clerk is ordered to send a certified copy of this order of remand to the clerk of the San Joaquin County Superior Court and to close this case.

IT IS SO ORDERED.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO REMAND; ORDER